AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

|  |  |
|---|---|
| STEVEN JARVIS CREIGHTON,  )<br>               Plaintiff,  )<br>                       )<br>   v.                       )<br>                       )<br>                       )   **JUDGMENT IN A CIVIL CASE**<br>CAROLYN W. COLVIN,  )<br>Acting Commissioner of Social Security,  )   **CASE NO. 5:13-CV-666-D**<br>                       )<br>               Defendant.  ) |  |

**Decision by the Court.**

      IT IS ORDERED AND ADJUDGED in accordance with the court's order entered on August 5, 2014, that the Court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

      THE ABOVE JUDGMENT WAS ENTERED TODAY, **August 6, 2014**, AND A COPY MAILED TO:

Pamela Marie Henry-Mays (via CM/ECF Notice of Electronic Filing)
Thomas M. Nanni (via CM/ECF Notice of Electronic Filing)


August 6, 2014                                    JULIE A. RICHARDS, Clerk
Date                                                 *Eastern District of North Carolina*

                                                           /s/ Susan W. Tripp
*New Bern, North Carolina*                          *(By) Deputy Clerk*