IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-666-D

| | |
|---|---|
| STEVEN JARVIS CREIGHTON, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

The Court, having read the Affirmation and supporting Memorandum dated the 4th day of September, 2014, from the attorneys for Plaintiff in the above-captioned case, for an award of Equal Access to Justice Act fees in accordance with 28 U.S.C. § 2412,

**IT IS ORDERED** that the motion for Equal Access to Justice fees in the amount of $4,562.16 be granted and costs be granted in the amount of $400.00, payable from the Judgment Fund.

SO ORDERED. This **24** day of September 2014.

JAMES C. DEVER III
Chief United States District Judge